| U.S. DEPARTMENT OF HOMELAND SECURITY U.S. COAST GUARD CG-1340 (REV. 06/04) | **BILL OF SALE** | THIS SECTION FOR COAST GUARD USE ONLY |
|---|---|---|

| 1. VESSEL NAME **MAKIN WAY** | 2. OFFICIAL NUMBER OR HULL IDENTIFICATION NUMBER **1120699 (American) Hull #OAX60202H102** | |
|---|---|---|

3. NAME(S) AND ADDRESS(ES) OF SELLER(S):
**OIA, LLC
Sole Owner
3852 Main Road
Tiverton, RI  02878**

RECORDED:
BOOK:           PAGE:
PORT (IF NOT FILING PORT)

3A. TOTAL INTEREST OWNED (IF LESS THAN 100%)  100%

DOCUMENTATION OFFICER

4. NAME(S) AND ADDRESS(ES) OF BUYER(S) AND INTEREST TRANSFERRED TO EACH:
**Evergreen Marine Ltd.
Sole Owner
Trust Company Complex
Ajeltake Island, Ajeltake Road
Majuro, Marshall Islands  MH96960**

4A. TOTAL INTEREST TRANSFERRED (100% UNLESS OTHERWISE SPECIFIED) 100%

4B. MANNER OF OWNERSHIP. UNLESS OTHERWISE STATED HEREIN, THIS BILL OF SALE CREATES A TENANCY IN COMMON, WITH EACH TENANT OWNING AN EQUAL UNDIVIDED INTEREST. CHECK ONLY ONE OF THE FOLLOWING BLOCKS TO SHOW ANOTHER FORM OF OWNERSHIP.

☐ JOINT TENANCY WITH RIGHT OF SURVIVORSHIP     ☐ TENANCY BY THE ENTIRETIES     ☐ COMMUNITY PROPERTY
OTHER (DESCRIBE)

5. CONSIDERATION RECEIVED:
(ONE DOLLAR AND OTHER VALUABLE CONSIDERATION UNLESS OTHERWISE STATED)

6. I (WE)  DO HEREBY SELL TO THE BUYER(S) NAMED ABOVE, THE RIGHT, TITLE AND INTEREST IDENTIFIED IN BLOCK 4 OF THIS BILL OF SALE, IN THE PROPORTION SPECIFIED HEREIN. THE SELLER(S) WARRANT(S) THAT HE (SHE) (THEY)  (IT)  OWN(S) THE SAID VESSEL AND AGREES TO INDEMNIFY AND SAVE HARMLESS THE BUYER(S) AGAINST AND FROM ANY AND ALL LIENS ARISING BY REASON OF SELLER'S OWNERSHIP OF SAID VESSEL. VESSEL IS SOLD FREE AND CLEAR OF ALL LIENS, MORTGAGES, AND OTHER ENCUMBRANCES OF ANY KIND AND NATURE, ~~EXCEPT AS STATED ON THE REVERSE HEREOF.~~ VESSEL IS SOLD TOGETHER WITH AN EQUAL INTEREST IN THE MASTS, BOWSPRIT, SAILS, BOATS, ANCHORS, CABLES, TACKLE, FURNITURE, AND ALL OTHER NECESSARIES THERETO APPERTAINING AND BELONGING, ~~EXCEPT AS STATED ON THE REVERSE HEREOF.~~

7. SIGNATURES OF SELLER(S) OR PERSON(S) SIGNING ON BEHALF OF SELLER(S).     8. DATE SIGNED  3/30/12

9. NAME(S) OF PERSON(S) SIGNING ABOVE, AND LEGAL CAPACITY IN WHICH SIGNED (E.G., OWNER, AGENT, TRUSTEE, EXECUTOR)
**By: Stephen F. White, Member**

10. ACKNOWLEDGMENT (TO BE COMPLETED BY NOTARY PUBLIC OR OTHER OFFICIAL AUTHORIZED BY A LAW OF A STATE OR THE UNITED STATES TO TAKE OATHS.)
ON 30 March, 2012 THE PERSON(S) NAMED IN SECTION 9 ABOVE ACKNOWLEDGED EXECUTION OF THE FOREGOING INSTRUMENT IN THEIR STATED CAPACITY(IES) FOR THE PURPOSE THEREIN CONTAINED.

STATE: Florida
COUNTY: Palm Beach
NOTARY PUBLIC: Derek A. Moses Sr.
MY COMMISSION EXPIRES: March 24, 2016

PREVIOUS EDITION OBSOLETE                              SN 7530-00-F01-1020

DEREK A. MOSES SR
Notary Public - State of Florida
My Comm. Expires Mar 24, 2016
Commission # EE 169567


EXHIBIT C