Money Transfer Detail                                           https://cpw-mibs.bankofamerica.com/ccmmt/mt/report/transaction...

## Money Transfer Detail

**Customer:** OCEANALE - Ocean Alexander Of Florida LLC
**Date:** Mar 30 2012, 14:35 CDT
**Transfer Type:** Domestic Wire
**Number of Approvers:** 0

### Sender's Debit Information

| | |
|---|---|
| Originating Party Name: | OCEAN ALEXANDER OF FLORIDA LLC |
| Originating Party Account: | 229002696073 |
| Amount: | 900,000.00 |
| Currency: | USD - US Dollar |

### Beneficiary's Information

| | |
|---|---|
| Account: | 066196221 - National Financial Services LLC |
| Address 1: | 640 Fifth Avenue |
| Address 2: | New York |
| Amount: | 900,000.00 |
| Currency: | USD - US Dollar |

### Additional Information

| | |
|---|---|
| Send Date: | 03/30/2012 |
| Value Date: | 03/30/2012 |

### Bank Routing Information

| | |
|---|---|
| Beneficiary Bank | CHASE NYC - JPMORGAN CHASE BANK, NA |
| Address 1: | NEW YORK |
| Address 2: | NY |
| Routing #: | 021000021 |
| Payment Method: | R - FED |

### Originator to Beneficiary Information

| | |
|---|---|
| Line 1: | For further credit to SWJD LLC |
| Line 2: | Account 148002963 |
| Line 3: | 38 Bellevue Ave Unit H Newport |

### Bank to Bank Information

### Control Information

| | |
|---|---|
| Bank Trace Number: | 2012090006873 |
| Customer Trace Number: | 000033 |
| Entry Cust/User: | SALAWSON - OCEANALE |
| Entry Date/Time: | 03/30/2012 14:34:16 CDT |
| Status: | Confirmed |
| Report Created: | 03/30/2012 14:35:51 CDT |

### Confirmation Information

| | |
|---|---|
| Line 1: | 120330323381 |
| Line 2: | 0478106 |

[Email] [Close]


EXHIBIT E

1 of 1                                                                                                          3/30/12 2:36 PM