IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CIVIL DIVISION
"IN ADMIRALTY"

CASE NO:

M&T Bank as Successors in
interest to Provident Bank of Maryland

       Plaintiff,

vs.

M/V CHANGE OF LATITUDE, ex MAKIN WAY,
US Official Number: 1120699, Marshall Islands
Registry No: 70843, her engines, tackle,
boats, gear, appurtenances etc., *in rem*, and
OIA LLC and Stephen F White, EVERGREEN
MARINE LTD, Gordon Gudeit & Colene Gudeit
*in personam,*

       Defendants.
_____/

**CORPORATE DISCLOSURE AND INTERESTED PERSONS STATEMENT**

    COMES NOW, Plaintiffs, M&T Bank by and through undersigned counsel and pursuant to Rule 26 and hereby files its Corporate Disclosure and Interested Persons Statement. I hereby disclose the following pursuant to this Court's interested persons order:

1. The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action, including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:

    a. Plaintiff M&T Bank a publicly held corporation which trades on the NYSE as "MTB"

1

b. The defendant vessel M/V CHANGE OF LATITUDE EX MAKIN WAY is a private yacht/recreational vessel allegedly owned by EVERGREEN MARINE LTD, and Defendants Gordon Gudeit & Colene Gudeit.

c. OIA LLC. was a Rhode Island Limited Liability Company believed to be administratively dissolved with Defendant Steven White as its sole member.

d. Defendant Steven White is a Florida resident and defendant who is the owner of OIA LLC and SWJD LLC.

e. SWJD LLC is a privately held Limited Liability Company registered to do business in Delaware or Florida and has an interest in this case and may be held by defendant Steven White.

f. Matthew J. Valcourt and Valcourt and Associates LLC are the attorneys for Plaintiff M&T Bank

g. Lab Marine Inc-Asset Recovery & Remarketing is a privately held company and the repo agent for the vessel and will be proposed substitute custodian for the vessel.

h. EVERGREEN MARINE LTD, is believed to be a Marshall Islands privately help entity with its owners believed to be  defendants Gordon Gudeit & Colene Gudeit

i. Defendant Gordon Gudeit is believed to be a beneficial owner or interested party in the vessel.

j. Defendant Colene Gudeit is believed to be a beneficial owner or interested party in the vessel.

k. The United States Coast Guard National, Vessel Documentation Center which allegedly deleted the vessel from the US registry.

2. The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings.

   a. M&T Bank

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

   a. None that Plaintiff is aware of at this time other than the parties listed above.

4. The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:
    a. Plaintiff M&T Bank is claiming damages for its mortgage foreclosure and replevin
    b. EVERGREEN MARINE LTD may claim an ownership interest in the vessel and may have damages against OIA LLC and Steven White for misrepresentation or Fraud.
    c. Defendant Gordon Gudeit may claim an ownership interest in the vessel and may have damages against OIA LLC and Steven White for misrepresentation or Fraud.
    d. Defendant Colene may claim an ownership interest in the vessel and may have damages against OIA LLC and Steven White for misrepresentation or Fraud.

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

Respectfully submitted this 20th day of July 2015

s/Matthew J. Valcourt
Matthew J. Valcourt
Fla. Bar No. 0088791
VALCOURT AND ASSOCIATES LLC
850 NE Third Street, Suite 208
Dania, FL 33004
Telephone: (305) 763-2891
Facsimile: (305) 470-7484
Email: mvalcourt@valcourtlaw.com
Attorneys for Plaintiff M&T Bank

**CERTIFICATE OF SERVICE**

I hereby certify that on July 20, 2015 the foregoing document was electronically filed with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

s/ Matthew J. Valcourt
Matthew J. Valcourt