IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CIVIL DIVISION
"IN ADMIRALTY"

M&T Bank as Successors in
Interest to Provident Bank of Maryland              CASE NO:

       Plaintiff,

vs.

M/V CHANGE OF LATITUDE, ex MAKIN WAY,
US Official Number: 1120699, Marshall Islands
Registry No: 70843, her engines, tackle,
boats, gear, appurtenances etc., *in rem*, and
OIA LLC and Stephen F White, EVERGREEN
MARINE LTD, Gordon Gudeit and Colene Gudeit
*in personam,*
       Defendants.
_____/

**EMERGENCY EX PARTE MOTION FOR ISSUANCE OF ARREST WARRANT IN REM**

COMES NOW, Plaintiff M&T Bank, by and through undersigned counsel and Pursuant to Supplemental Admiralty Rule C and E and Local Admiralty Rule C(3) and Local Rule 7.1(e) and hereby moves this Court for Issuance of a Warrant of Arrest for the M/V CHANGE OF LATITUDE, ex MAKIN WAY, US Official Number: 1120699, Marshall Islands, Registry No: 70843, Hull Identification No OAX60202H102 her engines, tackle, boats, gear, appurtenances etc. and as grounds would state as follows:

1. On or about July 20, 2015, Plaintiff initiated the above-style action against the vessel M/V CHANGE OF LATITUDE, ex MAKIN WAY, US Official Number: 1120699, Marshall Islands, Registry No: 70843, her boats, tackle, apparel, furniture and furnishings, equipment, engines and

appurtenances for foreclosure of a preferred maritime lien for a preferred ship's mortgage, promissory note and security agreement.

2. Plaintiff brings this motion on an emergency basis for fear that the vessel will be removed from the District, specifically to a foreign country where the plaintiffs may be unable to attach the vessel or be paid for their preferred ships mortgage.

3. Plaintiff had repossessed the vessel but upon information and belief owners, through their agents or principals, breached the peace and forcibly retook the vessel which was being held by repossession agent and custodian. (See DE 1 Counts V and VI).

4. Plaintiffs would be irreparably harmed if the vessel were to be allowed to leave the district. Plaintiffs have complied with all conditions precedent and has established a *prima facie* case for Rule C Arrest.

THEREFORE, in accordance with the representations set forth in this instrument, Plaintiffs request this Court to enter an Order Directing Issuance of a Warrant of Arrest *in rem* for the M/V CHANGE OF LATITUDE, ex MAKIN WAY, US Official Number: 1120699, Marshall Islands, Registry No: 70843 her boats, tackle, apparel, furniture and furnishings, equipment, engines and appurtenances. The proposed Order and Warrant are attached.

Respectfully submitted this 20th day of July 2015.

s/Matthew J. Valcourt
Matthew J. Valcourt
Fla. Bar No. 0088791
VALCOURT AND ASSOCIATES LLC
850 NE Third Street, Suite 208
Dania, FL 33004
Telephone: (305) 763-2891
Facsimile: (305) 470-7484
Email: mvalcourt@valcourtlaw.com
Attorneys for Plaintiff M&T Bank